O

ENTERED JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA  92501
<u>CIVIL MINUTES -- GENERAL</u>

Case No.    EDCV 06-00830-SGL (OPx)                    Date:  September 29, 2008

Title:    SQUIRREL HOLLOW ENTERPRISES, a California corporation, d/b/a DURAFORM
BUILDING PANELS -*v*- ELITE ALUMINUM CORPORATION, a Florida corporation;
UNITED DURALUME PRODUCTS, INC., a California corporation; RAY ADAMS, an
individual

<u>Related Action</u>
**CV06-05664 SGL(OPx)     Elite Aluminum Corp v. Kathy Trout, etc.,**

========================================================================
PRESENT:  HONORABLE STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE

Jim Holmes                                    None Present
Courtroom Deputy Clerk                         Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

None present                                  None present

PROCEEDINGS:    ORDER ADMINISTRATIVELY CLOSING CASES

The Court is informed that the parties in the above-entitled actions have reached a
settlement in principle.  The deputy clerk shall administratively close the cases.

The Court is informed that the parties would like the Court to retain jurisdiction over
this matter and that they are working toward a stipulated proposed dismissal with prejudice.

**IT IS SO ORDERED.**