HENNIGAN, BENNETT & DORMAN LLP
LAWRENCE M. HADLEY (SBN 157728)
(hadleyl@hbdlawyers.com)
865 South Figueroa Street, Suite 2900
Los Angeles, California 90017
Telephone: (213) 694-1200
Facsimile: (213) 694-1234

BUCKINGHAM, DOOLITTLE &
BURROUGHS, LLP
ROBERT E. PERSHES, ESQ.
(rpershes@bdblaw.com)
Florida Bar No. 301906
L.A. PERKINS, ESQ.
(lperkins@bdblaw.com)
Florida Bar No. 100153
JENNIFER E. SIMPSON, ESQ.
(jsimpson@bdblaw.com)
Florida Bar No. 0697354)
5355 Town Center Road, Suite 900
Boca Raton, Florida 33486-1069
Telephone:  (561) 241-0414
Facsimile:   (561) 241-9766

ATTORNEYS FOR DEFENDANTS
ELITE ALUMINUM CORPORATION
UNITED DURALUME PRODUCTS, INC.
And RAY ADAMS

ENTERED   CLOSED

"O"

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SQUIRREL HOLLOW ENTERPRISES a California corporation, d/b/a DURAFORM BUILDING PANELS, and OUTBACK PATIO & SUNROOMS, INC., <br><br>　　　　Plaintiffs, <br><br>　　vs. <br><br>ELITE ALUMINUM CORPORATION, a Florida corporation, UNITED DURALUME PRODUCTS, INC., a California corporation; RAY ADAMS, an individual, <br><br>　　　　Defendants. <br><br>and Related Counterclaims. | CASE NO. EDCV 06-00830 SGL (OPx) <br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL** |

1  Upon consideration of the parties' executed Stipulation for Dismissal and being
2  otherwise fully advised of the premises, it is hereby ORDERED that this case is
3  DISMISSED with prejudice with each party to bear its own costs and attorneys' fees.
4  The Court reserves jurisdiction to enforce the written, executed settlement agreement
5  between the parties.
6  IT IS SO ORDERED.
7  October 7, 2008.

                                          STEPHEN G. LARSON
                                          United States District Judge